DONALD B. MARKS, SBN 43538
Marks and Brooklier, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA. 90067
Tel: (310) 772-2287
Fax: (310) 772-2286
Email: marksbrooklier@yahoo.com

Attorney for Defendant
MARTIN MIJANGOS RIVERA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: CR S-09-25-JAM |
| | ) |
| Plaintiff, | ) ORDER ALLOWING TRAVEL |
| | ) |
| vs. | ) |
| | ) |
| MARTIN MIJANGOS RIVERA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) HON. JOHN A. MENDEZ |
| | ) |

**IT IS HEREBY ORDERED** that defendant, Martin Mijangos Rivera, has permission to travel to Michoacan, Mexico on August 30, 2012 to tend to his mother's transportation business and return to the United States on September 28, 2012.

**IT IS SO ORDERED**

Dated: 8/21/2012                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Judge
                                    For the Eastern District of California