DONALD B. MARKS, SBN 43538
Marks and Brooklier, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA. 90067
Tel: (310) 772-2287
Fax: (310) 772-2286
Email: MarksBrooklier@yahoo.com

Attorney for Defendant
MARTIN MIJANGOS RIVERA

**FILED**

MAR 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR S-09-25-JAM |
| Plaintiff, | [PROPOSED] ORDER ALLOWING TRAVEL |
| vs. | |
| MARTIN MIJANGOS RIVERA, | |
| Defendant. | HON. JOHN A. MENDEZ |

**IT IS HEREBY ORDERED** that defendant, Martin Mijangos Rivera, has permission to travel to Michoacan, Mexico on April 5, 2013 to tend to his mother's transportation business and return to the United States on May 5, 2013.

**IT IS SO ORDERED**

Dated: 3-28-2013

JOHN A. MENDEZ
United States District Judge
For the Eastern District of California